# Exhibit A

DELIVERED: 10/12/04
by: [signature]

Date Purchased: 8/20/04

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------X

Index No.: 112029-2004

AARON STERN,

                Plaintiff,

against

MORRIS DOUG JAFFE,

                Defendant.
---------------------------------------------------------------X

# SUMMONS

Plaintiff designates New York County as the place of trial

The basis of venue is the place of incident

**To the above named Defendant:**

    **You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:     New York, New York
             August 18, 2004

                                    SLAVIN & SLAVIN, ESQS.
                                    Attorneys for Plaintiff
                                    305 Broadway, Suite 1204
                                    New York, N.Y. 10007-1140
                                    (212) 233-1010

                                    [signature]
                                    Barton L. Slavin, Esq.

To: Morris Doug Jaffe
1239 B Park way, Austin TX 78703-4132

Morris Doug Jaffe
141 Applehead Is, Horseshoe Bay, TX 78657

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X
AARON STERN,

        Plaintiff,

against

MORRIS DOUG JAFFE,

        Defendant.
------------------------------------------------------------X

Index No.:

Verified Complaint

Plaintiff, by his attorneys, Slavin & Slavin, Esqs., complaining of the Defendant, respectfully alleges, upon information and belief, as follows:

## STATEMENT OF FACTS

1. That at all times hereinafter mentioned, Plaintiff was and continues to be a resident of the County, City and State of New York.

2. That on or about June 18, 2004, the Plaintiff was in the facility known as Marquee located at 289 Tenth Avenue, New York, New York.

3. That on or about June 18, 2004, the Defendant Morris Doug Jaffe was in the facility known as Marquee located at 289 Tenth Avenue, New York, New York.

4. On the above date, in the above facility, the Defendant punched the Plaintiff.

5. On the above date, in the above facility, the Defendant punched the Plaintiff without cause.

6. On the above date, in the above facility, the Defendant punched the Plaintiff without provocation.

7. On the above date, in the above facility, the Defendant punched the Plaintiff without justification.

## FOR A CAUSE OF ACTION FOR BATTERY

8. That Plaintiff repeats, realleges and reiterates the Statement of Facts as if set forth at length here-at.

9. That on or about June 18, 2004, the Defendant battered the Plaintiff in that he intended to and did touch the Plaintiff.

10. That such touching was unauthorized and unprivileged.

11. That such actions were done by the Defendant without the consent of the Plaintiff.

12. That by reason of the aforesaid the Plaintiff sustained personal injuries, suffered, still suffers and, upon information and belief, will continue to suffer pain and residual injuries, and he was rendered sick and sore and was caused to seek hospital and other medical care and to incur financial obligations therefore. Upon information and belief, Plaintiff will in the future be obliged to seek further medical treatment and to incur additional financial obligations.

13. That by reason of the foregoing, the Plaintiff seeks compensatory damages in the sum of One Million ($1,000,000.00) Dollars, and seeks punitive damages in the sum of Five Million ($5,000,000.00) Dollars.

WHEREFORE, Plaintiff demand judgment against the Defendant on the complaint seeking compensatory damages in the sum of One Million ($1,000,000.00) Dollars, and punitive damages in the sum of Five Million ($5,000,000.00) Dollars, together with costs and disbursements of this action as allowed by law.

Dated:   New York, New York
         August 18, 2004

                                        Yours, etc.,

                                        SLAVIN & SLAVIN, ESQS.
                                        Attorneys for Plaintiff
                                        305 Broadway, Suite 1204
                                        New York, N.Y. 10007-1140
                                        (212) 233-1010

                                        Barton L. Slavin, Esq.

## VERIFICATION

STATE OF NEW YORK )
COUNTY OF New York ) s.s.:

AARON STERN, being duly sworn, deposes and states:

That deponent is the Plaintiff in this action; that he has read the foregoing SUMMONS and COMPLAINT and knows the contents thereof; that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it/them to be true.

_____
AARON STERN

Sworn to before me August 18, 2004

_____
NOTARY PUBLIC

BARTON L. SLAVIN
Notary Public, State of New York
No. 02SL6033589
Qualified in New York County
Commission Expires Nov. 22, 20 05

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK                                               Index No.:

AARON STERN,

                                    Plaintiff,

        - against -

MORRIS DOUG JAFFE,

                                    Defendant.

### VERIFIED COMPLAINT

SLAVIN & SLAVIN, ESQS.
Attorneys for Plaintiff Stern
305 Broadway - Suite 1204
New York, New York 10007-1109
(212) 233-1010