UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

AARON STERN,

Plaintiff,

- against -

MORRIS DOUG JAFFE,

Defendant.

**04 CV 08242**

**REQUEST FOR JURY TRIAL**

**JUDGE McMAHON**

Defendant, **MORRIS DOUGLAS JAFFE,** hereby requests a trial by jury.

Dated:    New York, New York
          October 15, 2004

Very truly yours,

Christopher G. Campbell, Esquire (CC 3940)
**PIPER RUDNICK LLP**
1251 Avenue of the Americas
New York, New York  10020-1104
(212) 835-6000

Attorneys for Defendant
**MORRIS DOUGLAS JAFFE**

TO:    Barton L. Slavin, Esquire
       Slavin & Slavin, Esqs.
       305 Broadway, Suite 1204
       New York, New York  10007-1140
       (212) 233-1010