UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
AARON STERN,

      Plaintiff,

  against

MORRIS DOUG JAFFE,

      Defendant.
--------------------------------------------------X

04 CIV 08242
Hon. Colleen McMahon
ECF Case

FILING OF INITIAL
DOCUMENTS

  Please take notice that pursuant to Court rules, attached hereto please find a paper copy of the original Affidavit of Service with the summons attached, as the "filing of initiating documents."

Dated:  New York, New York
     November 3, 2004

           Yours, etc.

           SLAVIN & SLAVIN, ESQS.
           Attorneys for Plaintiff
           305 Broadway, Suite 1204
           New York, New York 10007-1140
           (212) 233-1010

           BARTON L. SLAVIN, ESQ.
           [BLS-4227]

TO:
Piper Rudnick, LLP.
Attention: Christopher G. Campbell, Esq.
Attorneys for Defendant
1251 Avenue of the Americas
New York, New York 10020-1104
telephone 212-835-6000
facsimile 212-835-6001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AARON STERN,

               Plaintiff,

            against

MORRIS DOUG JAFFE,

               Defendant.
-----------------------------------------------------------X

04 CIV 08242
Hon. Colleen McMahon
ECF Case

FILING OF INITIAL
DOCUMENTS

Please take notice that pursuant to Court rules, attached hereto please find a paper copy of the original Affidavit of Service with the summons attached, as the "filing of initiating documents."

Dated:     New York, New York
             November 3, 2004

Yours, etc.

SLAVIN & SLAVIN, ESQS.
Attorneys for Plaintiff
305 Broadway, Suite 1204
New York, New York 10007-1140
(212) 233-1010

BARTON L. SLAVIN, ESQ.
[BLS-4227]

TO:
Piper Rudnick, LLP.
Attention: Christopher G. Campbell, Esq.
Attorneys for Defendant
1251 Avenue of the Americas
New York, New York 10020-1104
telephone 212-835-6000
facsimile 212-835-6001

| | | |
|---|---|---|
| SUPREME COURT OF THE STATE OF NEW YORK | | Attorney: SLAVIN & SLAVIN - 228 |
| COUNTY OF NEW YORK | | |

AARON STERN

Index # 112029/2004

Plaintiff(s)

Date Filed:

- against -

The Summons Served had endorsed thereon the Index number and date of filing

MORRIS DOUG JAFFE

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF **TEXAS** : COUNTY OF **TRAVIS** ss:

**GEORGE L. CASTILLO** BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT **AUSTIN, TX**. ON **10/2/04** AT **10:00** (AM)/PM AT **141 APPLEHEAD ISLAND DR., HORSESHOE BAY, TEXAS 78657**

DEPONENT SERVED THE WITHIN SUMMONS & VERIFIED COMPLAINT
ON: MORRIS DOUG JAFFE, THE DEFENDANT/RESPONDENT THEREIN NAMED.

**#1 INDIVIDUAL** [ ]
By delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein.

**#2 CORPORATION** [ ]
A _____ corporation, delivering thereat a true copy of each to _____ personally, deponent knew said corporation so serviced to be the corporation, described in same as said defendant/respondent and knew said individual to be _____ thereof.

**#3 SUITABLE AGE PERSON** [X]
By delivering a true copy of each to **JUSTIN JAFFE** a person of suitable age and discretion. Said premises is the defendant's/respondent's [ ] actual place of business [X] dwelling house / usual place of abode within the state.

**#4 AFFIXING TO DOOR** [ ]
By affixing a true copy of each to the door of said premises, which is the defendant's/respondent's [ ] actual place of business [ ] dwelling house /usual place of abode within the state.

**#5 MAILING COPY** [X]
On **OCTOBER 5, 2005**, deponent completed service under the last two sections by depositing a copy of the SUMMONS & VERIFIED COMPLAINT to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of **TEXAS**.

Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** [ ]
After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the defendant/respondent being served because of the following: [ ] party unknown at address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] No one ever in or available to accept service

**#7 DESCRIPTION** [X]
A description of the defendant/respondent, or other person served, or spoken to on behalf of the defendant/respondent is as follows:

Description is required if #1,#2 or #3 above is Selected

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 23 | 6'4" | 200 lbs |

Other: _____

**# 8 WIT. FEES** [ ]
$ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the witness/recipient.

**# 9 MILITARY SERVICE** [X]
Deponent asked person spoken to whether the defendant/respondent was in the military service of the United States Government or on active duty in the military service in the State of **TEXAS** and was informed the defendant/respondent was not.

OCT 12 2004

NOT COMPARED
WITH COPY FILED

DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2008

Sworn to before me on this **4th** day of **OCTOBER, 2004** Server signature: _George L. Castillo_

Notary Public _Dana McMichael_ Docket #: 290747

SUPREME COURT OF THE STATE OF NEW YORK  
COUNTY OF NEW YORK

Attorney: SLAVIN & SLAVIN - 228

AARON STERN

- against -

MORRIS DOUG JAFFE

Plaintiff(s)

Defendant(s)

The Summons Served had endorsed thereon the Index number and date of filing.

Index # 112029/2004  
Date Filed:

STATE OF TEXAS : COUNTY OF TRAVIS ss: **AFFIDAVIT OF SERVICE**

GEORGE M. KERN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT AUSTIN, TX ON 10/1/04 AT 4:11 AM/**PM** AT 1239-A PARKWAY, AUSTIN TX 78703

DEPONENT SERVED THE WITHIN SUMMONS & VERIFIED COMPLAINT ON: MORRIS DOUG JAFFE, THE DEFENDANT/RESPONDENT THEREIN NAMED.

**#1 INDIVIDUAL** [x] By delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein.

**#2 CORPORATION** [ ] A _____ corporation, delivering thereat a true copy of each to _____ personally, deponent knew said corporation so serviced to be the corporation, described in same as said defendant/respondent and knew said individual to be _____ thereof.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is the defendant's/respondent's [ ] actual place of business [ ] dwelling house / usual place of abode within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is the defendant's/respondent's [ ] actual place of business [ ] dwelling house / usual place of abode within the state.

**#5 MAILING COPY** [ ] On _____, deponent completed service under the last two sections by depositing a copy of the SUMMONS & VERIFIED COMPLAINT to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.

Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____  
on the _____ day of _____ at _____  
on the _____ day of _____ at _____  
on the _____ day of _____ at _____

**#6 NON-SERVICE** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the defendant/respondent being served because of the following: [ ] party unknown at address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] No one ever in or available to accept service

**#7 DESCRIPTION** [X] A description of the defendant/respondent, or other person served, or spoken to on behalf of the defendant/respondent is as follows:

Description is required if #1,#2 or #3 above is Selected

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 25 | 5'10" | 165 lbs |

Other:

**#8 WIT. FEES** [ ] $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the witness/recipient.

**#9 MILITARY SERVICE** [X] Deponent asked person spoken to whether the defendant/respondent was in the military service of the United States Government or on active duty in the military service in the State of TEXAS and was informed the defendant/respondent was not.

DANA L. MCMICHAEL  
Notary Public, State of Texas  
My Commission Expires  
April 23, 2008

OCT 12 2004

NOT COMPARED  
WITH COPY FILED

Sworn to before me on this 4th day of OCTOBER, 2004  
Notary Public: [signature]  
Server signature: [signature]  
Docket #: 290746

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
AARON STERN,

            Plaintiff,

against

MORRIS DOUG JAFFE,

           Defendant.
-----------------------------------------------------------------X

Date Purchased: 8/20/04

Index No.: 112029-2004

# SUMMONS

Plaintiff designates New York County as the place of trial

The basis of venue is the place of incident

**To the above named Defendant:**

    You are hereby summoned to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:     New York, New York
             August 18, 2004

                                            SLAVIN & SLAVIN, ESQS.
                                            Attorneys for Plaintiff
                                            305 Broadway, Suite 1204
                                            New York, N.Y. 10007-1140
                                            (212) 233-1010

                                            Barton L. Slavin, Esq.

To: Morris Doug Jaffe
1239 B Parkway, Austin TX 78703-4132

Morris Doug Jaffe
141 Applehead Is, Horseshoe Bay, TX 78657

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
COUNTY OF NEW YORK  )

I, AMY J. MANISCALCO, being sworn, says:

I am not a party to the action, am over 18 years of age and reside in the County of Richmond, New York,    On November 3, 2004, I served the within,

## FILING OF INITIAL DOCUMENTS

upon the attorneys/parties stated below by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

Piper Rudnick, LLP.
Attention: Christopher G. Campbell, Esq.
1251 Avenue of the Americas
New York, New York 10020-1104
telephone 212-835-6000
facsimile  212-835-6001

_____
AMY J. MANISCALCO

Sworn to before me this
November 3, 2004

BARTON L. SLAVIN
Notary Public, State of New York
No. 02sl6933589
Qualified in New York County
Commission Expires November 22, 2005