UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601
914-390-4146

CHAMBERS OF
COLLEEN MCMAHON
DISTRICT JUDGE

MEMORANDUM

From: Judge McMahon

To: All Litigants

Re: Transfer to Foley Square

_____

      Effective January 2, 2007, Judge McMahon's duty station will change from White Plains to Foley Square. Her new contact information will be:

> Daniel P. Moynihan Courthouse
> Chambers 640
> 500 Pearl Street
> New York, New York   10007
> (212) 805-6325 (telephone for emergencies only)
> (212) 805- 6326 (fax)

      Judge McMahon will remain in the White Plains wheel through December 29, 2006. Pending the confirmation of a new judge to fill the vacancy created by the retirement of Judge Mukasey, Judge McMahon will continue to administer all White Plains cases previously assigned to her.

      Judge McMahon will keep her White Plains chambers and her emergency telephone and fax numbers in White Plains (914-390-4145 and 4152, respectively) as long as she is handling White Plains cases. She will be in White Plains every Friday to conduct case conferences (criminal and civil) and sentencings. She will try her White Plains cases in Courtroom 533 in the White Plains courthouse. She will not try White Plains cases in Foley Square. She will, however, conference White Plains civil cases in Foley Square for the convenience of counsel if all parties agree. Out-of-district counsel in civil cases may request telephone conferences. The White Plains magistrate judges will supervise discovery in Judge McMahon's White Plains cases.

      Beginning January 2, communications to chambers should be faxed to BOTH chambers (White Plains and Foley Square). Courtesy copies of motion papers and briefs in White Plains cases should be delivered to White Plains unless otherwise instructed by chambers.