UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON STERN,

                                Plaintiff,

- against -

MORRIS DOUG JAFFE,

                                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

04 CIV 08242
Hon. Colleen McMahon
ECF Case

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Aaron Stern, through his attorney, Howard R. Engle, Esq., and Defendant Morris Douglas Jaffe III, through his attorneys DLA Piper US LLP, as follows:

(1) Plaintiff's claim for punitive damages is hereby dismissed with prejudice; and

(2) The deadline for submission of pre-trial orders is extended to July 13, 2007.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
        June 14, 2007

Howard R. Engle, Esq.
Of Counsel to Barton Slavin, Esq.
170 Broadway, Suite 1010
New York, New York 10038
(212) 385-1772
*Attorney for Plaintiff, Aaron Stern*

Christopher G. Campbell, Esq.
Capricci G. Bilandal, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
*Attorneys for Defendant,
Morris Douglas Jaffe III*

SO ORDERED:

The Hon. Colleen McMahon
U.S. District Court Judge

6/15/07

NEWY1\809714\1.1