# MEMO ENDORSED



**DLA Piper US LLP**
1251 Avenue of the Americas, 29th Floor
New York, New York 10020-1104
www.dlapiper.com

Capricci Barush
capricci.barush@dlapiper.com
T  212.335.4638
F  212.884.8538

VIA FACSIMILE WITH PERMISSION FROM CHAMBERS (ALICIA)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

March 17, 2008

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St., Chambers 533
White Plains, New York 10601

Re: **Aaron Stern v. Morris Doug Jaffe**
    **Docket No.: 04 CIV 08242**

Dear Judge Karas:

We represent the Defendant, Morris Doug Jaffe, in the above-referenced case.

We apologize for any inconvenience we may have caused to the Court with respect to our request yesterday for alternative settlement conference dates. Following our February 29 conference, we notified our client and his father of the March 19 conference. We did not hear back from our client's father, and after we followed up, learned from his office last week that he was in Romania and could not get back in time for the conference. We immediately called Plaintiff's counsel and sought his consent to move the conference date and his availability, which we confirmed yesterday.

We hope this satisfies the Court's request for an explanation. Should the Court have additional concerns, we are available by telephone at any time.

Respectfully Submitted,

Capricci Bilandal-Barush

*The conference is adjourned until April 15, 2008, at 10 am.*

cc: Barton Slavin, Esq. (via e-mail)

SO ORDERED

KENNETH M. KARAS U.S.D.J.
3/20/08