04/11/2008  14:56    212-835-6061              DLA PIPER LLP                      PAGE  02/02


**DLA PIPER**

DLA Piper US LLP
1251 Avenue of the Americas, 29th Floor
New York, New York 10020-1104
www.dlapiper.com

Capricci Barush
capricci.barush@dlapiper.com
T  212.335.4638
F  212.884.8538

VIA FACSIMILE WITH PERMISSION FROM CHAMBERS (ERIC)

**MEMO ENDORSED**

April 11, 2008

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St., Chambers 533
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re:   **Aaron Stern v. Morris Doug Jaffe**
      **Docket No.:  04 CIV 08242**

Dear Judge Karas:

We represent the Defendant, Morris Doug Jaffe, in the above-referenced case.

We are pleased to notify the Court that the parties have reached a settlement today. Going forward, we will finalize the settlement agreement, and file a stipulation of dismissal for the Court's approval. In light of the settlement, we seek confirmation that our appearance is no longer required for the scheduled April 15 settlement conference.

Should the Court have additional concerns, we are available by telephone at any time.

Respectfully Submitted,

Capricci Bilandal-Barush

cc:   Barton Slavin, Esq. (via e-mail)

SO ORDERED
KENNETH M. KARAS U.S.D.J.
4/14/08