04-30-2008  14:33    From-LAW OFFICES                                    T-733  P.002/002  F-146

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X
AARON STERN,

        Plaintiff,

    - against -

MORRIS DOUG JAFFE,

        Defendant.
-----------------------------------------X

004 CIV 08242 (KMK) (ECF)

**STIPULATION OF
DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Aaron Stern and Defendant Morris Douglas Jaffe III, that, pursuant to the Settlement Agreement and Release entered into by the parties, and Federal Rules of Civil Procedure 41(a)(1)(ii), the lawsuit against Defendant Morris Douglas Jaffe III is hereby dismissed with prejudice and without costs to either party.

Facsimile signatures on this stipulation have the same effect as original signatures.

Submitted this 9th day of June 2008.

DLA PIPER US LLP

_____
Christopher G. Campbell, Esq.
Caprice G. Bilandal, Esq.
Counsel for Defendant Morris Douglas Jaffe III
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4638
Facsimile: (212) 884-8538

June 10, 2008
White Plains, NY

BARTON L. SLAVIN, ESQ.

_____
Barton L. Slavin, Esq.
Five Dakota Drive, Suite 204
Lake Success, New York 11042
Telephone: (516) 775-1414
Facsimile: (516) 354-4731

SO ORDERED:

_____
THE HON. KENNETH M. KARAS
U.S.D.J.

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE:**

NEWY1\8236084.1